RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
1100 Larkspur Landing Circle, Suite 360
Larkspur, CA 94939
(415) 925-3807; Fax (415) 925-3860
Ron.arlas@greenpoint.com

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
1100 Larkspur Landing Circle, Suite 360
Larkspur, Ca. 94939
(415) 925-3810; Fax (415) 925-3861
Ted.buell@greenpoint.com

Attorneys for Defendant GREENPOINT MORTGAGE FUNDING, INC.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

SCOTT WOODS,

    Plaintiff,

vs.

GREENPOINT MORTGAGE FUNDING, INC., et al.,

    Defendants.

Case No. 2:09-CV-01810 WBS-KJM

ORDER ALLOWING COUNSEL FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO TELEPHONICALLY ATTEND MOTION TO DISMISS [FRCP 12(b)(6)]

Date: 12/01/2009

Time: 10:00 am

Place: Dept. 5, 5th Floor

Pursuant to the written request by counsel for defendant GREENPOINT MORTGAGE FUDNING, INC to telephonically attend his Motion to Dismiss, set for 12/07/2009, this Court hereby grants such request. The courtroom deputy shall initiate the telephone conference call.

DATED: November 18, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST TO COUNSEL FOR GREENPOINT MORTGAGE TO TELEPHONICALLY ATTEND MOTION TO DISMISS [FRCP 12(b)(6)]

Case No. C 09-04571-PVT
Page 1