1  E. Scott Palmer, SBN 155376
   Email: spalmer@pldlawyers.com
2  Roland P. Reynolds, SBN 150864
   Email: rreynolds@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   888 West 6th Street, 12th Floor
4  Los Angeles, California 90017
   Phone: (213) 688-0430
5  Fax: (213) 688-0440

6  Attorneys for Defendants GMAC MORTGAGE, LLC (incorrectly sued herein as
   GMAC Mortgage), AURORA LOAN SERVICES, LLC (incorrectly sued herein
7  as Aurora Lending Services, LLC) and U.S. BANK NATIONAL ASSOCIATION,
   as trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through
8  Certificates, Series 2006-AR7(incorrectly sued herein as US Bank)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. WOODS, | Case No. 2:09-cv-01810-WBS-KJM |
| Plaintiff, | The Honorable William B. Shubb |
| vs. | **ORDER ALLOWING COUNSEL FOR DEFENDANTS GMAC MORTGAGE, LLC, AURORA LOAN SERVICES, LLC and U.S. BANK REQUEST TO APPEAR BY TELEPHONE AT HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| GREENPOINT MORTGAGE FUNDING, INC.; GMAC MORTGAGE; AURORA LENDING SERVICES, LLC; LEHMAN BROTHERS; US BANK; AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | Date: December 7, 2009<br>Time: 2:00 p.m.<br>Ctrm.: 5 |
| | Complaint Filed: June 30, 2009 |

Pursuant to the written request by counsel for defendants GMAC MORTGAGE, LLC, AURORA LOAN SERVICES, LLC and U.S. BANK NATIONAL ASSOCIATION as trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7 to appear by telephone at the hearing on Defendants' motion to dismiss Plaintiff's Complaint, set for December 7, 2009 at 2:00 p.m., this Court hereby grants such request. The courtroom deputy will initiate the telephone conference call.

DATED: November 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE