JAMES A. NATIONS (SBN 229219)
Law Offices of Nations & Lockhart
2145 Marina Blvd.
San Leandro, CA 94577
Telephone No.: (510) 455.4777
Fax No.: (510) 263.6053
jamesnations@gmail.com
Attorney for Plaintiff: Scott W. Woods

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT W. WOODS,**<br><br>         Plaintiff,<br><br>    vs.<br><br>**GREENPOINT MORTGAGE FUNDING, INC. et al**<br><br>         Defendants. | Case No. 2: 09-cv-1810 WBS-KJM<br><br>The Honorable William B. Shubb<br><br>**ORDER VACATING HEARING ON MOTIONS TO DISMISS**<br><br>**(SCHEDULED FOR DECEMBER 7, 2009)** |

All parties to this action have stipulated to an extension of time for which the plaintiff Scott W. Woods may file an Amended Complaint up and until December 10, 2009.  Therefore the hearing on all defendants' Motions to Dismiss, scheduled for December 7, 2009, is moot and is hereby vacated and withdrawn.

DATED:   December 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
ORDER VACATING HEARING ON MOTIONS TO DISMISS