James A. Nations
Email: jamesnations@gmail.com
LAW OFFICES OF NATIONS & LOCKHART
1070 Marina Village Parkway, Ste 201
Alameda, CA 94501
Phone: (510) 301-4004
Fax: (510) 263-6053

Attorney for Plaintiff Scott W. Woods

E. Scott Palmer, SBN 155376
Email: spalmer@pldlawyers.com
Roland P. Reynolds, SBN 150864
Email: rreynolds@pldlawyers.com
Alison R. Kalinski, SBN 266705
Email: akalinski@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendants GMAC Mortgage, LLC, Aurora Loan Services, LLC, and U.S. Bank National Association, as trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. WOODS,<br><br>    Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; GMAC MORTGAGE; AURORA LENDING SERVICES, LLC; LEHMAN BROTHERS; US BANK; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | Case No. 2:09-cv-01810-WBS-KJM<br><br>The Honorable William B. Shubb<br><br>**ORDER WAIVING DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>Date:       May 17, 2010<br>Time:      2:00 p.m.<br><br>Complaint Filed: June 30, 2009<br>First Amended Complaint Filed: December 10, 2009 |

[PROPOSED] ORDER

It is hereby ordered that (i) defendants GMAC Mortgage, LLC, Aurora Loan Services, LLC and U.S. Bank National Association need not respond to the First Amended Complaint; (ii) Plaintiff will file a Second Amended Complaint by May 28, 2010, and (iii) defendants GMAC Mortgage, LLC, Aurora Loan Services, LLC and U.S. Bank National Association will respond to the Second Amended Complaint within 14 days thereof.

Dated: May 11, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE