UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT W. WOODS,

        Plaintiff,

    v.

GREENPOINT MORTGAGE FUNDING, INC.; GMAC MORTGAGE; AURORA LENDING SERVICES, LLC; LEHMAN BROTHERS; US BANK; and Does 1 through 50, inclusive,

        Defendants.
                                         /

NO. CIV. 2:09-1810 WBS KJM

<u>ORDER RE: SANCTIONS</u>

----oo0oo----

        On April 28, 2010, the court issued an Order requiring plaintiff's counsel, James Allen Nations, to either pay sanctions of $250.00 to the Clerk of the Court or show good cause for his noncompliance with Local Rule 230(c) within ten days of that Order. (Docket No. 42.) Mr. Nations failed to either submit a statement showing good cause for his noncompliance with the Local Rules or pay sanctions to the Clerk of the Court within ten days

1

of the court's Order.  Mr. Nations continues to flout the court's April 28, 2010 Order to this day.

        IT IS THEREFORE ORDERED that Mr. Nations shall appear personally before the court on **May 20, 2010 at 2:00 p.m.** and show cause why (1) he should not be sanctioned an additional $500.00 above and beyond the $250.00 already imposed, <u>and</u> (2) he should not be adjudged in contempt of court, <u>and</u> (3) this action should not be dismissed.

DATED:  May 12, 2010

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE