Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
James J. Jirn (Bar No. 241189)
jjirn@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:    925.930.6600
Facsimile:     925.930.6620
E-mail:         dstraus@archernorris.com

Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WOODS,<br><br>             Plaintiff,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>             Defendants. | Case No.  2:09-cv-01810-WBS-KJM<br><br>**ORDER ALLOWING COUNSEL FOR GREENPOINT MORTGAGE FUNDING, INC., TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS**<br><br>Date:          July 19, 2010<br>Time:          2:00 p.m.<br>Courtroom: 5<br><br>Complaint Filed:    June 30, 2009<br>Amended Complaint filed:   December 12, 2009<br>Judge:         Hon. William B. Shubb |

Pursuant to the written request by counsel for defendant GREENPOINT MORTGAGE FUNDING, INC., to appear by telephone at the motion to dismiss hearing set for July 19, 2010, at 2:00 p.m., this Court hereby grants the request.  The courtroom deputy will initiate the telephone conference call.

DATED: July 1, 2010

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE