1  Douglas C. Straus (Bar No. 96301)
   dstraus@archernorris.com
2  James J. Jirn (Bar No. 241189)
   jjirn@archernorris.com
3  ARCHER NORRIS
   2033 North Main Street, Suite 800
4  Walnut Creek, CA  94596-3759
   Telephone:    925.930.6600
5  Facsimile:     925.930.6620
   E-mail:         dstraus@archernorris.com
6
   Attorneys for Defendant
7  GREENPOINT MORTGAGE FUNDING, INC.

8
                       UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11

12  SCOTT WOODS,                              Case No.  2:09-cv-01810-WBS-KJM

13         Plaintiff,                         **STIPULATION AND [PROPOSED]
                                              ORDER TO EXTEND TIME FOR RULE
14  v.                                        26(a) INITIAL DISCLOSURES**

15  GREENPOINT MORTGAGE                       Trial Date:  October 4, 2011
    FUNDING, INC.; GMAC                       Time:        9:00 a.m.
16  MORTGAGE; AURORA                          Dept.:       5
    LENDING SERVICES, LLC;                    Judge:       Hon. William B. Shubb
17  LEHMAN BROTHERS; US BANK;
    and Does 1 through 50, inclusive,

18         Defendants.

19

20         Pursuant to the parties' previous stipulation to extend time for making FRCP Rule 26(a)

21  initial disclosures pending outcome of defendants' motion to dismiss the Second Amended

22  Complaint, the Court approved the stipulation and entered an Order on July 14, 2010, setting the

23  deadline of August 2, 2010, for making the initial disclosures.

24         On July 28, 2010, the Court granted the motion to dismiss by Greenpoint Mortgage

25  Funding, Inc. ("Greenpoint"), and granted in part and denied in part the motion to dismiss by

26  GMAC Mortgage LLC, Aurora Loan Services LLC, and U.S. Bank, NA.  The Court provided

27  Plaintiff thirty (30) days from the date of the Order to file an amended complaint.

28  ///

1   Plaintiff's counsel has advised that Plaintiff intends to file a Third Amended Complaint,
2   amending the sole cause of action against Greenpoint for violation of the Truth-in-Lending Act.
3   Greenpoint will move to dismiss the anticipated Third Amended Complaint. With an
4   anticipated hearing date in mid-September 2010, the pleading in this action likely will not be
5   settled until the end of September. Greenpoint thus desires to postpone making initial disclosures
6   pending resolution of the pleadings in order to conserve client resources. Accordingly, the parties
7   hereby STIPULATE to extend the time for Greenpoint to make initial disclosures to **October 1,**
8   **2010**.

Dated: July 30, 2010                                      ARCHER NORRIS

*/s/ James J. Jirn*
Douglas C. Straus
James J. Jirn
Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

Dated: July 30, 2010                                      SEVERSON & WERSON

*/s/ Casey J. McTigue*
Casey J. McTigue
Attorneys for Defendants
GMAC MORTGAGE, LLC (incorrectly sued herein as GMAC Mortgage), AURORA LOAN SERVICES, LLC (incorrectly sued herein as Aurora Lending Services, LLC), and U.S. BANK NATIONAL ASSOCIATION, as trustee for GreenPoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7 (incorrectly sued herein as US Bank)

Dated: July 30, 2010

*/s/ James A. Nations*
James A. Nations
Attorneys for Plaintiff
SCOTT W. WOODS

STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26(A) INITIAL DISCLOSURES

1  The stipulation is hereby approved and IT IS SO ORDERED that the Greenpoint shall
2  make its Rule 26(a) initial disclosures on or before **October 1, 2010**.
3  DATED:  August 3, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26(A) INITIAL DISCLOSURES