UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT W. WOODS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; GMAC MORTGAGE, LLC; AURORA LOAN SERVICES, LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | NO. CIV. 2:09-1810 WBS KJM<br><br>ORDER FOR ENTRY OF JUDGMENT ON PLAINTIFF'S CLAIM AGAINST GREENPOINT |

----oo0oo----

　　　　Plaintiff Scott W. Woods filed this action against Greenpoint Mortgage Funding, Inc. ("Greenpoint"), GMAC Mortgage, LLC, Aurora Loan Services, LLC, and U.S. Bank National Association as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7, alleging

1

various state and federal claims relating to a loan he obtained to refinance his home in Folsom, California.  The only claim alleged against Greenpoint in the Second Amended Complaint was plaintiff's claim for violation of the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601-1667f.  On July 28, 2010, the court granted Greenpoint's motion to dismiss that claim, pursuant to Federal Rule of Civil Procedure 12(b)(6) and allowed plaintiff thirty days to file an amended complaint, to the extent plaintiff could do so consistent with the Order.  (Docket No. 71.)

Plaintiff did not file an amended complaint within the allotted thirty days and still has not done so to this date, over two months later.  On September 13, 2010, defendant filed a motion to dismiss the action under Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiff filed no opposition to that motion.  Under the circumstances, the court assumes that plaintiff does not intend to file an amended complaint against Greenpoint.

IT IS THEREFORE ORDERED that the Clerk of the Court enter final judgment in favor of Greenpoint on plaintiff's claim against Greenpoint.

DATED: October 25, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE