|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED**<br>October 26, 2010<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>DW<br>DEPUTY CLERK |
| EASTERN DISTRICT OF CALIFORNIA | |

### JUDGMENT IN A CIVIL CASE

SCOTT W. WOODS

                v.        CASE NUMBER: 2:09-cv-1810 WBS KJM

GREENPOINT MORTGAGE
FUNDING, INC., et al.


**XX** -- **Decision by the Court.**  This action came before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED <u>AS TO DEFENDANT GREENPOINT</u> IN ACCORDANCE WITH THE COURT'S ORDER OF OCTOBER 26, 2010.**


                                                Victoria C. Minor,
                                                Clerk of the Court

ENTERED:   October 26, 2010

                                                by:_/s/ D. Waggoner_____

D. Waggoner, Deputy Clerk